IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:09CV117-RLV-DCK

| | |
|---|---|
| REBECCA JOYCE SCHULTZ, etc., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| MEDTRONIC, INC., et al., | ) ) |
| Defendant. | ) ) |

## ORDER ADMITTING LEILA HIRAYAMA WATSON TO PRACTICE *PRO HAC VICE*

FOR GOOD CAUSE SHOWN, and on Plaintiff Rebecca Joyce Schultz's "Application For Admission To Practice *Pro Hac Vice*" (Document No. 2) and payment of the $250.00 admission fee on behalf of the Applicant, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Leila Hirayama Watson be admitted to practice *pro hac vice* before this Court in order to represent Plaintiff Rebecca Joyce Schultz in the above-captioned matter.

Signed: October 29, 2009

David C. Keesler
United States Magistrate Judge